UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

EYEREYS GUERRERO, on behalf of himself and
all other persons similarly situated,

                  Plaintiff,

        -against-

B & ME FOOD CORP. d/b/a KEY FOOD and
NARCIZA DIAZ,

                  Defendants.

--------------------------------------------------------------X

24 Civ. 8580 (AS)

[PROPOSED]
JUDGMENT
PURSUANT TO
FED.R.CIV.P 68

      WHEREAS on June 23, 2025, Defendants, B & ME Food Corp. d/b/a Key Food and Narciza Diaz, served on Plaintiff, Eyereys Guerrero, an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00), inclusive of Plaintiff's reasonable attorneys' fees and costs in complete satisfaction of all of Plaintiff's claims;

      WHEREAS on June 24, 2025, Plaintiff filed a Notice of Acceptance of Defendants' Offer of Judgment Pursuant to Rule 68 in the amount of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00), inclusive of Plaintiff's reasonable attorneys' fees and costs in complete satisfaction of all of Plaintiff's claims;

      JUDGMENT shall be entered in favor of said Plaintiff, Eyereys Guerrero, against said Defendants, B & ME Food Corp. d/b/a Key Food and Narciza Diaz,in the amount of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00).

      The Clerk of the Court is directed to close the case.

      **SO ORDERED**, on the _26_ day of _June_, 2025.

                                    _____
                                    Hon. Arun Subramanian, U.S.D.J.